UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19CR75-3FL

| UNITED STATES OF AMERICA | * |
| --- | --- |
| | * |
| v. | * |
| | * |
| TERRIWANNA CARMICHAEL | * |

## **ORDER**

Upon Proposed Motion to Seal the Unopposed Motion and Incorporated Memorandum of Law for Psychiatric and Psychological Examination at a Federal Medical Facility and for good cause shown, it is hereby ORDERED that Motion be filed under seal,

So ORDERED this 17th day of July, 2019.

_____
The Honorable Louise W. Flanagan
United States District Judge